| | |
|---|---|
| Probation Form No. 35 | Report and Order Terminating Probation / |
| (1/92) | Supervised Release |
| | Prior to Original Expiration Date |

### UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:95CR03089-005/RV

ANTHONY McCALL

On June 4, 1996, the above named was sentenced to a period of 72 months supervised release. On February 16, 2000, the Court reduced the term of supervised release to five (5) years. Anthony McCall has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Russell A. Szafran
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ___4th___ day of ___January___, 20_07_.

Roger Vinson
Senior U.S. District Judge

OFFICE OF CLERK

07 JAN -4  PM 3: 53

FILED